# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCES R. SMITH** | **CIVIL ACTION NO.: 14-572** |
| **VERSUS** | **JUDGE: BRADY** |
| **BOARD OF SUPERVISORS, ET AL.** | **MAGISTRATE JUDGE: BOURGEOIS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Frances R. Smith, in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment in favor of Board of Supervisors of Southern University and Agriculture and Mechanical College, rendered on the 13th day of January, 2016.

RESPECTFULLY SUBMITTED,

_____s/Jill L. Craft_____
Jill L. Craft, T.A. Bar Roll No. 20922
Attorney at Law, LLC
Crystal Bounds, T.A. Bar Roll No. 27490
509 St. Louis Street
Baton Rouge, LA 70816
Telephone: (225) 663-2612
Fax: (225) 663-2613

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2016 a copy of the above and foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 2nd day of February, 2016.

_____s/Jill L. Craft_____
Jill L. Craft